IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRIAN L. ANGNEY and GINA
GIAMPIETRO-ANGNEY ,

       Plaintiffs,

  v.

ANTONIO C. DIMARCO an individual, a/k/a
SAMUEL RICHARD SEKEL, II, ET AL.,

       Defendants.

09cv0192
**ELECTRONICALLY FILED**

### ORDER OF COURT

For the reasons set forth in the accompanying Memorandum Opinion, it is HEREBY ORDERED as follows:

(1) Defendants' Motion for Summary Judgment (Doc. No. 32) is **GRANTED** as to Count X. Count X is dismissed with prejudice. The Court declines to exercise jurisdiction over state law claims (Counts I - IX). Pursuant to 42 Pa. C.S.A. §5103(b), Plaintiffs may pursue their claims in state court.

(2) Plaintiffs' Motion for Summary Judgment Re the Issue of Jurisdiction (Doc. No. 36) is **DENIED**.

(3) The Clerk shall mark the docket closed.

**SO ORDERED** this 22nd Day of January, 2010

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:    All Registered ECF Counsel and Parties